Richard G. Grotch, Esq. – SBN 127713
***Jetstream Legal APC***
80 Cabrillo Highway North, Suite Q-325
Half Moon Bay, CA 94019
Tel.: 415.961.1691
Email: rgrotch@jetstreamlegal.com

ATTORNEYS FOR Defendant
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOON, M.D.,<br><br>   Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC. and DOES 1-25, inclusive,<br><br>   Defendants. | Case No.<br><br>DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF REMOVAL FROM THE SAN FRANCISCO COUNTY SUPERIOR COURT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that defendant Delta Air Lines, Inc. ("Delta") respectfully removes this action from the Superior Court of California, County of San Francisco, to the United States District Court for the Northern District of California.

This removal is based on 28 U.S.C. §§ 1332(a)(1), 1441, and 1446, and on the following grounds:

**I. PROCEDURAL HISTORY**

On or about July 3, 2024, in the Superior Court for the State of California, in and for the County of San Francisco, plaintiff David Moon, M.D. filed an action entitled *David Moon, MD, plaintiff v. Delta Air Lines, Inc. and DOES 1-25, inclusive, defendants*, Action No. CGC-24-616150 (hereinafter referred to as

"the Action"). A copy of the original complaint is attached hereto as **Exhibit A**. Delta was served with the original complaint upon execution of a notice and acknowledgment of receipt on July 18, 2024. A copy of the signed notice and acknowledgment is attached as **Exhibit B**.

On September 16, 2024, plaintiff filed a first amended complaint ("FAC"). A copy of the FAC is attached as **Exhibit C**. On October 11, 2024, Delta filed its answer to the FAC. A copy of Delta's answer to the FAC is attached as **Exhibit D**.

## II.   BASIS FOR REMOVAL – SUBJECT MATTER JURISDICTION

Removal of the Action by Delta is appropriate pursuant to 28 U.S.C. § 1441(b), because (1) this civil action involves citizens of different states; (2) the amount in controversy exceeds $75,000, exclusive of interest and costs; and (3) this Court has original jurisdiction under 28 U.S.C. § 1332. No defendant is a citizen of California.

### A.   Plaintiff's citizenship

Delta is informed and believes and thereupon alleges that plaintiff is a citizen and resident of the State of California

### B.   Defendants' citizenship

For diversity purposes, a corporation is deemed to be a citizen of its state of incorporation and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

Delta is incorporated in the State of Delaware. Its principal place of business is located at 1030 Delta Boulevard, Atlanta, Georgia.

The citizenship of the defendants sued under fictitious names ("DOES 1-25, inclusive"), are to be disregarded. *See* 28 U.S.C. § 1441(b)(1).

No defendant is a resident of the State of California. Therefore, in the Action, there is complete diversity of citizenship and no "local defendant."

///

### C. The Amount in Controversy Requirement is Satisfied

The amount in controversy in this case exceeds the $75,000 minimum requirement for the exercise of diversity jurisdiction under 28 U.S.C. §1332(a). (Delta does not concede, however, that the plaintiff is legally entitled to damages in excess of $75,000, or in any amount.)

Although the amount in controversy was unclear from the complaint and from the FAC, on or about August 19, 2024, Delta served plaintiff with a request for a statement of damages in accordance with Cal. Code Civ. Proc. § 425.11 (*see* **Exhibit E** attached hereto). On October 4, 2024, the plaintiff served his statement of damages (*see* **Exhibit F** attached hereto).

In his statement of damages, the plaintiff stated damages that totaled approximately $307,500. These consisted of (1) past medical expenses of approximately $5,000; (2) past wage loss of approximately $12,500; (3) future medical expenses of approximately $50,000; (4) future wage loss of approximately $40,000; and (5) general damages approximated at $200,000. *See* **Exhibit F**.

Based on the damages claimed by plaintiff, the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction.

### III. TIMELINESS OF REMOVAL

As explained above, Delta was served with the original complaint upon execution of a notice and acknowledgment of receipt on July 18, 2024. *See* **Exhibit B**. However, from the complaint, and from the subsequently filed FAC, the amount in controversy was not established. The amount in controversy was, as characterized by the Ninth Circuit, "indeterminate." *See Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 695 (9th Cir. 2005). The first paper from which it could be ascertained from the face of the document that removal is proper is the plaintiff's statement of damages served on October 4, 2024. *See* **Exhibit F**. Because the case is being removed within 30 days of that date, the removal is timely. *See* 28 U.S.C. § 1446(b) and *Harris*, 425 F.3d at 695.

## IV. ADDITIONAL PLEADINGS

In accordance with 28 U.S.C. § 1446(a), a copy of all other process, pleadings, and orders with which Delta was served in the Action, other than those identified above and attached hereto, are attached as **Exhibit G**.

## V. VENUE OF THE REMOVED ACTION

This Court is the United States District Court for the district embracing the place where the state court action is pending (the Superior Court for the County of San Francisco). Therefore, pursuant to 28 U.S.C. §§ 1441(b) and 1446 this is the appropriate Court for the removal of the Action.

## VI. NOTICE TO STATE COURT AND PLAINTIFF

In accordance with 28 U.S.C. § 1446(d), Delta will promptly give written notice to all adverse parties and file a copy of this notice of removal with the clerk of the State court.

## VII. CONCLUSION

Delta respectfully requests that the Action be removed from the state court in which it was filed, to the United States District Court, Northern District of California.

Dated: October 19, 2024                     **JETSTREAM LEGAL APC**

/s/ *Richard G. Grotch*

By:_____
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.

Defendant Delta Air Lines, Inc.'s Notice of Removal