# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**   STATE BAR NUMBER: 109890<br>NAME: David R. Shane, Esq.<br>FIRM NAME: SHANE LAW<br>STREET ADDRESS: 1000 Drakes Landing Rd., Suite 200<br>CITY: Greenbrae   STATE: CA   ZIP CODE: 94904<br>TELEPHONE NO.: 415.464.2020   FAX NO.: 415.464.2024<br>EMAIL ADDRESS: dshane@shanelaw1.com; shanelaw1000@gmail.com<br>ATTORNEY FOR (name): Plaintiff David Moon, M.D. | *FOR COURT USE ONLY*<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**07/03/2024**<br>**Clerk of the Court**<br>BY: AUSTIN LAM<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 400 McAllister
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

PLAINTIFF: DAVID MOON, M.D.

DEFENDANT: DELTA AIR LINES, INC. and

[x] DOES 1 TO 25_____ inclusive

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE   [x] OTHER *(specify):* Negligence; Premises Liability<br>[ ] Property Damage   [ ] Wrongful Death<br>[x] Personal Injury   [ ] Other Damages *(specify):*<br>Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>   Amount demanded [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>     [ ] from limited to unlimited<br>     [ ] from unlimited to limited | CASE NUMBER:<br><br><br>**CGC-24-616150** |

1. **Plaintiff** *(name or names):* David Moon, M.D.

alleges causes of action against **defendant** *(name or names):*
Delta Air Lines, Inc. and DOES 1 to 25, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12<br>www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Moon v Delta Air Lines, Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Delta Air Lines, Inc.     c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.                   (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.                                           (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*                   (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                            (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                                       (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*                          d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.                   (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.                                           (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*                   (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                            (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                                       (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-25        were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1-25        are persons whose capacities are unknown to
      plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify):*
      The injury occurred on board a Delta plane prior to departure from San Francisco, California.

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

---

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:<br>Moon v Delta Air Lines, Inc., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
- a. ☐ Motor Vehicle
- b. ☒ General Negligence
- c. ☐ Intentional Tort
- d. ☐ Products Liability
- e. ☒ Premises Liability
- f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
- a. ☒ wage loss.
- b. ☐ loss of use of property.
- c. ☒ hospital and medical expenses.
- d. ☒ general damage.
- e. ☐ property damage.
- f. ☒ loss of earning capacity.
- g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
- a. ☐ listed in Attachment 12.
- b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- a. (1) ☒ compensatory damages.
-    (2) ☐ punitive damages.
- b.  The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
-    (1) ☒ according to proof.
-    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows  *(specify paragraph numbers):*

Date: 07/03/2024

David R. Shane, Esq.
_____
                (TYPE OR PRINT NAME)

▶ _____
                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE:<br>MOON v DELTA AIR LINES, INC., et al. | CASE NUMBER: |
|---|---|

<u>1st</u>        **CAUSE OF ACTION—General Negligence**     Page    <u>4</u>
    *(number)*

ATTACHMENT TO   [ x ] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: David Moon, M.D.

     alleges that defendant *(name):* Delta Air Lines, Inc. and

         [ x ] Does    <u>1</u>     to   <u>25</u>

     was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

     on *(date)*: March 24, 2024

     at *(place)*: Delta Air Lines flight 715 from SFO to LAX

     *(description of reasons for liability):*
On March 24, 2024, Dr. David Moon was in his assigned aisle seat (18C) on board Delta Air Lines flight 715 prior to its departure from San Francisco International Airport.  Other passengers were lined up in the aisle next to him as they boarded the plane.  The passenger assigned to the seat next to him, (18B), attempted to place his skateboard in the overhead bin directly over Dr. Moon's head.  As the passenger attempted to close the overhead bin door, the skateboard fell down, striking Dr. Moon with tremendous force in his left eye.

Upon advice of the paramedics who rushed to the scene, Dr. Moon exited the plane and was taken by ambulance to the emergency department of Stanford Hospital.  He suffered a laceration above his eye and a hemorrhage in his eye.   After numerous subsequent visits with his eye care specialist it was determined that  he had a tear of the prior surgical sight where his trabeculectomy had been performed.  He continues to suffer from pain, pressure and loss of vision.

Defendant Delta Air Lines is a common carrier.  A common carrier has a duty to its passengers to exercise the highest degree of care consistent with the practical operation of its type of transportation .  Defendant breached it's duty to its passenger, Dr. Moon, by not ensuring that the overhead bins were being utilized in a safe manner by other passengers.  Due to Defendants breach, the skateboard was carelessly and recklessly placed over Dr. Moon's head and allowed to fall upon him, striking his eye and causing him grievous injury.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(2) [Rev. January 1, 2007]       **CAUSE OF ACTION—General Negligence**       Code of Civil Procedure 425.12<br>www.courts.ca.gov

PLD-PI-001(4)

| SHORT TITLE:<br>MOON v DELTA AIR LINES, INC. | CASE NUMBER: |
|---|---|

2nd _____  **CAUSE OF ACTION—Premises Liability**  Page \_\_\_5\_\_\_
     (number)

ATTACHMENT TO   ☑ Complaint    ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* David Moon, M.D.
        alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
        On *(date):* March 24, 2024               plaintiff was injured on the following premises in the following
        fashion *(description of premises and circumstances of injury):*

        Plaintiff, David Moon, M.D. was seated in his assigned aisle seat (18C) on board Delta flight
        715 at SFO awaiting takeoff when another passenger (18B) attempted to place his skateboard in
        the overhead bin, but dropped it, striking plaintiff's left eye and causing him grievous injuries.
        Defendant Delta Air lines owned, operated, and maintained the aircraft which was the location
        of the incident. Defendant failed to warn plaintiff of the precarious skateboard, and failed to
        prevent the other passenger from carelessly placing his skateboard in the overhead bin.

Prem.L-2.   ☑   **Count One—Negligence** The defendants who negligently owned, maintained, managed and
               operated the described premises were *(names):*
               Delta Air Lines, Inc.

               ☑ Does 1 _____ to 25 _____

Prem.L-3.   ☑   **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
               or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
               *(names):*
               Delta Air Lines, Inc.

               ☑ Does 1 _____ to 25 _____
               Plaintiff, a recreational user, was   ☐ an invited guest   ☑ a paying guest.

Prem.L-4.   ☐   **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
               on which a dangerous condition existed were *(names):*

               ☐ Does _____ to _____
               a. ☐   The defendant public entity had  ☐ actual  ☐ constructive notice of the existence of the
                      dangerous condition in sufficient time prior to the injury to have corrected it.
               b. ☐   The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑   **Allegations about Other Defendants** The defendants who were the agents and employees of the
               other defendants and acted within the scope of the agency were *(names):*

               ☑ Does 1 _____ to 25 _____

          b. ☑   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
               ☐ described in attachment Prem.L-5.b  ☑ as follows *(names):*
               Delta Air Lines flight 715 passenger assigned to seat 18B, identity unknown.

Page 1 of 1